FILED: March 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6251
(1:25-cv-04045-GLR)

_____

KEVIN ISAAC MONTOYA PALACIOS

Petitioner - Appellant

v.

JEREMY R. BACON, Field Office Director, Baltimore Field Office, United
States Immigration and Customs Enforcement; TODD LYONS, Acting Director,
United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary
of Homeland Security; PAMELA JO BONDI, United States Attorney General

Respondents - Appellees

_____

O R D E R

_____

Upon consideration of appellant's consent motion for summary affirmance,

the court grants the motion. The judgment of the district court is affirmed.

Entered at the direction of Judge Niemeyer with the concurrence of Judge

Agee and Judge Thacker.

For the Court

/s/ Nwamaka Anowi, Clerk